IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN CHABOREK : | |
| : | |
| v. : | CIVIL ACTION NO. 17-940 |
| : | |
| ALLSTATE FINANCIAL SERVICES, : | |
| LLC, ET AL. | |

## ORDER

This 5th day of June, 2017, it is hereby **ORDERED** that Plaintiff's Motion to Remand (Doc. #7) is **GRANTED**, and this case is **REMANDED** to the Philadelphia County Court of Common Pleas.

    /s/ Gerald Austin McHugh
United States District Judge